UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

NHELTA KAYREN

       Plaintiff,

V.                                            CIVIL ACTION NO

CREDIT BUREAU COLLECTION SERVICES, INC.

Defendant.                            OCTOBER 8, 2010

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code Commercial Law Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code Commercial Law Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Ft. Washington, MD.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant is a collector within the MCDCA.

7. Defendant is a foreign limited liability company engaged in the business of

collecting debts in the State of Maryland with a principal place of business located at 236 E. Town Street, Columbus, OH 43215 and is authorized to do business in Maryland.  The principal purpose of Defendant business is the collection of debts and Defendant regularly attempts to collect debts alleged to be due another.

8.  Defendant communicated with Plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to Plaintiff's disputed personal debt to BG&E.

9.  The Plaintiff contacted the Defendant via telephone on or about June 11, 2010 in an attempt to dispute a debt alleged by Defendant to be owed by Plaintiff.

10.   The Defendant through their collection agent advised the Plaintiff that the debt was regarding BG&E and further advised the Plaintiff, what physical address the debt was incurred.

11.  The Plaintiff advised the Defendant, that she had lived at her current address for the past 6 years and could not possibly be responsible for the alleged debt.

12.  The Defendant Failed to advise the Plaintiff of the required Notice pursuant to §1692e (11).

13.  The Defendant advised the Plaintiff that she could not orally dispute this debt, which statement is false, deceptive and misleading in violation of §1692e.

14. The Defendant reported this wrongful debt to the credit bureaus, derogatorily affecting the Plaintiff's credit.

15.  The Defendant advised the Plaintiff that she was going to continue to report this account to the credit bureaus, without not of dispute.

16.  In the collection efforts, the Defendant violated the FDCPA; inter alia, section 1692e, f and g.

SECOND COUNT:

17. The allegations of the First Count are repeated and realleged as if fully set forth herein.

18. Within three years prior to the date of this action Defendant has engaged in acts and practices as to Plaintiff in violation of the Md. Ann. Code Commercial Law Maryland Consumer Debt Collection Act § 14-204 et seq. ("MCDCA").

19. Defendant has committed unfair or deceptive acts or practices within the meaning of the Md. Ann. Code Commercial Law Consumer Practices Act § 13-301 et seq.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA.

2. Award Plaintiff statutory damages pursuant to MDCDCA.

3. Award Plaintiff costs of suit and a reasonable attorney's fee.

4. Award such other and further relief as this Court may see fit.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph   (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com