**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **NHELTA KAYREN** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. **PJM 10-2843** |
| | * | |
| **CREDIT BUREAU COLLECTION SERVICES, INC.** | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

**O R D E R**

Upon consideration of Plaintiff's Notice of Dismissal [Document No. 7], it is, this 6th day of April, 2011

    **ORDERED**

        1.    Plaintiff's Notice of Dismissal [Document No. 7] is **APPROVED**;

        2.    All claims are **DISMISSED** with prejudice; and

        3.    The Clerk of the Court is directed to **CLOSE** this case.

                                                /s/
                              **PETER J. MESSITTE
                      UNITED STATES DISTRICT JUDGE**